

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00195-CV

## IN THE INTEREST OF D.M., N.M., F.M. AND T.T., CHILDREN

_____

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV15096**

---

## MEMORANDUM  OPINION

---

Appellant A.L. challenges the trial court's order of termination of her parental rights to D.M., N.M., F.M., and T.T.

"Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals."  TEX. R. APP. P. 28.4(a)(1).  "[I]n an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment or order is signed."  TEX. R. APP. P. 26.1(b).

The trial court signed the order of termination from which A.L. appeals on March 31, 2016.  A.L.'s notice of appeal was filed with the trial court clerk on June 9, 2016.  A.L. filed a motion for new trial on April 29, 2016; however, filing a motion for new trial does

not extend the deadline for filing a notice of appeal in an accelerated case. *See* TEX. R. APP. P. 26.1(a), (b); *In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005). A.L.'s notice of appeal was therefore untimely because it was filed more than twenty days after the order of termination was signed.

The Clerk of the Court notified A.L. that, unless she showed grounds for continuing this appeal, it was subject to dismissal for want of jurisdiction. A.L. has not done so.

We dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed December 6, 2016
[CV06]

